



Karl Baker
News reporter
950 West Basin Road
New Castle, DE 19720

U.S. District Judge Richard G. Andrews
United States District Court for the District of Delaware
844 N King St, Wilmington, DE 19801

Dear Judge Andrews,

I am writing to request from the court the full names and contract phone numbers for all permanent and alternate jurors who participated in the criminal trial of four former Wilmington Trust executives, or cr-00023-RGA.

I'm making this request as a member of the media and the information I'm seeking will be used to contact jurors for forthcoming stories about their experience and thoughts about the case.

If you have any questions about this request or need additional, please contact me at 302-324-2329 or at kbaker@delawareonline.com

Sincerely,

Karl Baker

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2018 MAY 15  PM 12: 41

Karl Baker
The News Journal

Judge Richard G. Andrews