IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 1:15-cr-23-RGA |
| DAVID R. GIBSON, ROBERT V.A. HARRA, WILLIAM B. NORTH, and KEVYN R. RAKOWSKI. | : |
| Defendants. | : |

**JOINT MOTION TO MODIFY SCHEDULING ORDER FOR
RULE 29 AND RULE 33 BRIEFING**

The parties, by and through undersigned counsel, respectfully request that the current dates set by the Court for Rule 29 and Rule 33 briefing (Dkt. 817) in the above-captioned matter be amended to the following:

1. The Defendants shall file their opening brief on June 8, 2018.

2. The Government shall file their answer on or by July 3, 2018.

3. The Defendants shall file their reply brief on July 10, 2018.

Dated: May 30, 2018                                  Respectfully submitted,

/s/                                                  /s/
Robert F. Kravetz                                    Kenneth M. Breen
Lesley F. Wolf                                       John P. Nowak
Jamie M. McCall                                      Phara A. Guberman
Assistant United States Attorneys                    PAUL HASTINGS LLP
                                                     200 Park Avenue
                                                     New York, NY 10166
                                                     Tel.: (212) 318-6000

/s/                                                  John S. Malik (#2320)
Michael P. Kelly (#2295)                             LAW OFFICE OF JOHN S. MALIK
Steven P. Wood (#2309)                               100 East 14th Street
Geoffrey N. Rosamond                                 Wilmington, DE 19801
McCARTER & ENGLISH                                   Tel.: (302) 427-2247
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel.: (302) 984-6301                                 *Attorneys for Defendant*
                                                     *David R. Gibson*

Andrew M. Lawler
ANDREW M. LAWLER, P.C.
641 Lexington Avenue, 27th Floor
New York, NY 10022                                   /s/
Tel.: (212) 832-3160                                 Henry Klingeman
                                                     Helen Nau
*Attorneys for Defendant*                            KROVATIN KLINGEMAN LLC
*Robert Harra*                                       60 Park Place, Suite 1100
                                                     Newark, NJ 07102
                                                     Tel.: (973) 424-9777

/s/                                                  Bartholomew J. Dalton (#808)
David Wilks (#2793)                                  Ipek K. Medford (#4110)
R. Stokes Nolte (#2301)                              Andrew C. Dalton (#5878)
Andrea S. Brooks (#5604)                             DALTON & ASSOCIATES P.A.
Samuel Lee Moultrie (#5979)                          Cool Spring Meeting House
WILKS, LUKOFF & BRACEGIRDLE LLC                      1106 West Tenth Street
4250 Lancaster Pike, Suite 200                       Wilmington, DE 19806
Wilmington, Delaware 19805                           Tel.: (302) 652-2050
Tel.: (302) 225-0850
                                                     *Attorneys for Defendant*
Thomas A. Foley (#2819)                              *Kevyn Rakowski*
THOMAS A. FOLEY
1905 Delaware Avenue
Wilmington, DE 19806
Tel.: (302) 658-3077

*Attorneys for Defendant*
*William North*

2

AND NOW, this \_1\_ day of \_\_June_____, 2018, IT IS SO ORDERED.

                                                     By the Court:

                                                     */s/ Richard G. Andrews*
                                                     Hon. Richard G. Andrews
                                                     United States District Judge