**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>DAVID R. GIBSON,<br>ROBERT V.A. HARRA,<br>WILLIAM NORTH, and<br>KEVYN RAKOWSKI, )<br><br>Defendants. )<br>) | Criminal Action No. 1:15-23-RGA |

**DEFENDANT ROBERT V.A. HARRA'S MOTION TO SEAL
SENTENCING MEMORANDUM AND SUPPORTING MATERIALS**

Defendant Robert V.A. Harra ("Defendant"), by and through his undersigned counsel, respectfully moves the Court to seal the Sentencing Memorandum, and supporting materials thereto, submitted on behalf of Robert V.A. Harra (the "Sentencing Memorandum").

1.      On November 20, 2018, Defendant Harra hand-delivered his Sentencing Memorandum to the Court, and requested that the Court file the Sentencing Memorandum under seal.

2.      On November 21, 2018, the government filed its Motion to Unseal Defendants' Sentencing Memoranda and Accompanying Exhibits.  (D.I. 854).

3.      Counsel for Defendants and the government will meet-and-confer concerning which portions of the Sentencing Memorandum should remain sealed.  (*See* D.I. 855).

4.      In the interim, Defendant Harra respectfully requests that this Honorable Court enter an Order preliminarily sealing the Sentencing Memorandum *in toto* pending the outcome of Defendants' meet-and-confer with the government.

ME1 28627207v.1

2

Dated:  November 27, 2018

**McCARTER & ENGLISH, LLP**

*/s/ Michael P. Kelly*
Michael P. Kelly (#2295)
Steven P. Wood (#2309)
Dawn Kurtz Crompton (#5579)

Andrew M. Lawler, Esq.
Sharon Feldman, Esq.
ANDREW M. LAWLER, P.C.
641 Lexington Avenue
New York, NY 10022
(212) 832-3160
*alawler@amlpc.com*
*sfeldman@amlpc.com*

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
*mkelly@mccarter.com*
*swood@mccarter.com*
*dcrompton@mccarter.com*

Geoffrey N. Rosamond, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-8461
*grosamond@mccarter.com*

*Attorneys for Robert V.A. Harra, Jr.*

cc: The Honorable Richard G. Andrews
    Christine Aranda, U.S. Probation Officer
    Robert Kravetz
    Lesley Wolf
    Jamie McCall

2

ME1 28627207v.1